# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                                  CASE NO.  4:03-CR-32-01 SPM

LEWGENE MEEKS

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Lewgene Meeks #11757-017_____ (Payee)
Address:   USP Coleman I
           PO Box 1033
           Coleman, FL 33521

Receipt Number B060908DFLN403CR000032       Date of Receipt     7/23/08

Motion: N/A

Explanation: Lewgene Meeks' $800.00 special assessment was paid on 6/30/08.  The Clerk's office received $25.00 on the June 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Meek does not owe any additional money.  Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.
.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____s/Philip Detweiler_____
               Philip Detweiler, Financial Specialist          Date:  July 25, 2008

---

## ORDER OF COURT

It is ORDERED this   25th    day of  July , 2008, that the Clerk refund the identified funds to the payee.

APPROVED    ✓

DENIED_____          _____s/ Stephan P. Mickle_____
                                                          STEPHAN P. MICKLE
                                                     UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99